1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

ADAM JAY STONE,

          Petitioner,

     v.

C. PFEIFFER,

          Respondent.

No. 8:22-cv-01703-CJC-BFM

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, the Magistrate Judge's Report and Recommendation, Petitioner's Objections to the Report and Recommendation, and Respondent's Reply to Petitioner's Objections. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1.    The Report and Recommendation is accepted.

2.    Judgment shall be entered consistent with this Order.

3.    The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: January 2, 2024

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

2