JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ADAM JAY STONE,<br><br>    Petitioner,<br><br>    v.<br><br>C. PFEIFFER,<br><br>    Respondent. | No. 8:22-cv-01703-CJC-BFM<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is denied as barred by the statute of limitations and the action is dismissed with prejudice.

DATED: January 2, 2024

                                                    HONORABLE CORMAC J. CARNEY
                                                  UNITED STATES DISTRICT JUDGE